UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2965

AMERICAN SOCIETY FOR TESTING & MATERIALS, d/b/a ASTM International,
Appellant

v.

UPCODES, INC.; GARRETT REYNOLDS; SCOTT REYNOLDS

(E.D. Pa. No. 2:24-cv-01895)

Present: RESTREPO, MCKEE, SMITH, Circuit Judges

1.  Motion by Appellant American Society for Testing & Materials to seal Opening
    Brief and Joint Appendix Volumes 9 and 10

2.  UNOPPOSED Motion by Appellees UPCODES Inc., Garrett Reynolds and
    Scott Reynolds to seal Appellees' Brief

3.  Motion by Appellant American Society for Testing & Materials to seal a
    limited portion of Appellant's Reply Brief

Respectfully,
Clerk/EMA

ORDER

The foregoing motions are **GRANTED**.

By the Court,

s/ *L. Felipe Restrepo*
Circuit Judge

Dated:  April 6, 2026
MS/cc:  All counsel/parties of record