OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 7, 2026

Jack R. Bierig
ArentFox Schiff
233 S Wacker Drive
Suite 7100
Chicago, IL 60606

Paula K. Burke
Reporters Committee for Freedom of the Press
4000 Crums Mill Road
Suite 101
Harrisburg, PA 17112

J. Kevin Fee
DLA Piper
500 8th Street NW
Suite 5023
Washington, DC 20004

Joseph C. Gratz
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Hannah Jiam
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Aditya V. Kamdar
Morrison & Foerster
2100 L Street NW
Suite 900
Washington, DC 20037

Brian R. Matsui
Morrison & Foerster

2100 L Street NW
Suite 900
Washington, DC 20037

Rachel Miller-Ziegler
Munger Tolles & Olson
601 Massachusetts Avenue NW
Suite 500e
Washington, DC 20001

Joseph R. Palmore
Morrison & Foerster
2100 L Street NW
Suite 900
Washington, DC 20037

Stanley Panikowski
DLA Piper
4365 Executive Drive
Suite 1100
San Diego, CA 92121

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

Samuel W. Silver
Welsh & Recker
306 Walnut Street
Philadelphia, PA 19106

Linda Steinman
Davis Wright Tremaine
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Joel F. Wacks
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Jane W. Wise
DLA Piper
500 8th Street NW

Suite 5023
Washington, DC 20004

RE: American Society for Testing & Materials v. UPCODES Inc, et al
Case Number: 24-2965
District Court Case Number: 2:24-cv-01895

ENTRY OF JUDGMENT

Today, **April 07, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948