# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2965

AMERICAN SOCIETY FOR TESTING & MATERIALS, d/b/a ASTM International,
Appellant

v.

UPCODES, INC.; GARRETT REYNOLDS; SCOTT REYNOLDS

_____

Appeal from the U.S. District Court, E.D. Pa.
Judge Anita B. Brody, No. 2:24-cv-01895

Before: RESTREPO, MCKEE, and SMITH, *Circuit Judges*
Argued Sep. 17, 2025; Decided Apr. 7, 2026

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 17, 2025.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** that the District Court's Order entered on October 2, 2024 is hereby **AFFIRMED**. Costs shall be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 7, 2026